In the Matter of SUSAN G. O'MEARA, Appellant, against FELIX CORSCADDEN, as County Treasurer of the County of Albany, et al., Respondents.

(Argued May 22, 1935; decided June 11, 1935.)

*Borden H. Mills* and *Morris P. Cohen* for appellant.

*Walter L. Collins, County Attorney*, for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.